# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:11CR215 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| JACOB M. ROSENBERG, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 14). The Court, being duly advised in the premises, finds said Motion should be granted.

**IT IS HEREBY ORDERED:**

The Information filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, JACOB M. ROSENBERG.

Dated this 3rd day of October, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge